FILED
CLERK, U.S. DISTRICT COURT
September 1, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERCEL BURKE, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION; and DOES 1 TO 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-06358-SVW (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION**<br><br>Complaint Filed: July 6, 2021<br>Trial Date: None<br>District Judge: Hon. Stephen V. Wilson<br>　　　　　Courtroom 10A, First St. |

　　The Court, having reviewed the Parties' Joint Stipulation to Submit Plaintiff's Claims to Binding Arbitration, hereby orders as follows:

　　1.　Plaintiff's claims shall be submitted to binding arbitration.

　　2.　This entire action shall be stayed pending binding arbitration.

　　3.　This Court shall retain jurisdiction over the case until it reaches a final resolution, at which time the Parties shall thereby inform the Court.

Date: September 1, 2021

　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson

Proposed Order.docx

Case No. 2:21-cv-06358-SVW (Ex)
[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION